**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

X STRATEGIES, LLC

PLAINTIFF(S)

v.

DEREK UTLEY, et al.,

DEFENDANT(S).

CASE NUMBER
9:26−cv−81194−EA

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Anna Dicenzo Fitness LLC**

as of course, on the date October 27, 2026.

**Angela E. Noble**
CLERK OF COURT

By _/s/ *Dimas Rodriguez*_
Deputy Clerk

cc: Judge Ed Artau
X Strategies, LLC