**AFFIDAVIT OF ALEX DEGRASSE**

STATE OF Washington

COUNTY OF District of Columbia

BEFORE ME, the undersigned authority, this day personally appeared ALEX DEGRASSE who, after being first duly sworn according to law, deposes and says:

1. I am Alex DeGrasse. I am a resident of Palm Beach County, Florida. I am over twenty-one years of age and otherwise competent to testify. I make this Affidavit based upon my personal knowledge and recollection of the facts stated herein.

2. On November 9, 2026, I became aware of a filing made by Derek Utley in Case No. 9:26-cv-81194-EA, X Strategies, LLC v. Derek Utley, Stark Defense Industries, Inc., Anna Weisheimer, and Anna Dicenzo Fitness LLC pending in the United States District Court for the Southern District of Florida (the "Lawsuit") in which I was mentioned.

3. In paragraph xvii. of the Preliminary Statement section of a document titled Defendants Derek Utley & Stark Defense Industries, Inc.'s Answer, Affirmative Defenses & Counterclaim, on page 11, it says: "Upon information and belief, Bruesewitz received approximately $500,000 from individuals associated with Qatar in connection with an undisclosed business or consulting arrangement. Information concerning that payment was communicated to political consultant Alex deGrasse by individuals associated with Qatar and subsequently became the subject of questions concerning Bruesewitz's public denials that he had received compensation from Qatari sources. Utley was unaware of the transaction at the time and was never provided the contracts, invoices, accounting records, or other documentation explaining its nature or purpose. The reported payment and Bruesewitz's public denials raise substantial questions concerning the transparency of his foreign financial dealings and stand in stark contrast to the Complaint's

portrayal of Bruesewitz as an individual of unimpeachable honesty and integrity who was supposedly unaware of significant financial transactions."

4. This allegation is false. I have no knowledge of any such payment, and I have never been informed of any payment from Qatar to Alex Bruesewitz. I have never told anyone that I am aware of any payment being made from Qatar to Alex Bruesewitz.

5. Derek Utley did not communicate with me before filing his November 9, 2026 filing in the Lawsuit. No attorney representing Derek Utley communicated with me before the November 9, 2026 filing in the Lawsuit.

6. I make the statements in this affidavit voluntarily. I was not promised anything in return for making the statements made in this affidavit. I was not pressured by anyone to make the statements in this affidavit.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

November 10th, 2026

Alex DeGrasse

Alex DeGrasse

IN WITNESS WHEREOF, Alex DeGrasse has executed this Affidavit on the date set forth above.

**STATE OF** Washington

**COUNTY OF** District of Columbia

**BEFORE ME,** the undersigned authority, on this day personally appeared Alex DeGrasse, known to me to be the person who executed the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office on November 10, 2026.

Rochelle Davis

NOTARY PUBLIC,

STATE OF Washington, District of Columbia

My Commission Expires: June 30, 2030

