**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

X STRATEGIES, LLC,

Plaintiff,

v. CASE NO. 9:26-cv-81194-EA

DEREK UTLEY,
STARK DEFENSE INDUSTRIES INC., ANNA WEISHEIMER, and ANNA DICENZO FITNESS LLC.

Defendants.

______________________________/

**EXHIBIT A**

**TO**

**PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT UTLEY'S COUNTERCLAIM**

X | X STRATEGIES RESULTS YOU CAN BELIEVE IN.

**Michael Seifert <michael@xstrats.com>**

# Letter from Derek Utley

4 messages

---

**Michael Seifert** <michael@xstrats.com> Wed, Jun 3, 2026 at 12:45 PM
To: "lida@radiustbi.org" <lida@radiustbi.org>

Michael Seifert
President
X | X STRATEGIES RESULTS YOU CAN BELIEVE IN.

---

**Untitled document (1).pdf**
119K

---

**Lida Mirbaghery** <lida@radiustbi.org> Wed, Jun 3, 2026 at 1:08 PM
To: Michael Seifert <michael@xstrats.com>

Hello Michael,

I verified with our MA. Our office did not give that letter to the patient. We use our letterhead and scan the letters into our EHR. In this case, I could not find any documents in our system.

Please let me know if you need anything else.

Thank you,

***Lida Mirbaghery, MBA***
***Chief Operating Officer***

***Radius TBI of South Florida***

**Lida@radiustbi.org**

**bills-records@radiustbi.org**

**appts@radiustbi.org**

**info@radiustbi.org**

**P: 954-900-5072 Option 4**

**F: 954-947-6003**

**M: 954-249-3632**

**2736 East Oakland Park Blvd.**

**Ft. Lauderdale, FL 33306**

**www.radiustbi.com**

RadiusTBI™
TRAUMATIC BRAIN INJURY
Compassion. Commitment. Solutions.

****CONFIDENTIALITY NOTICE****

This E-Mail message and any documents accompanying this E-Mail transmission contain information from Radius TBI of South Florida which is "Privileged and confidential Provider-client communication and/or work product of Medical Provider." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking any action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

On Wed, Jun 3, 2026 at 12:45 PM Michael Seifert <michael@xstrats.com> wrote:

> Michael Seifert
> President
> X | X STRATEGIES
> RESULTS YOU CAN BELIEVE IN.

---

**Michael Seifert** <michael@xstrats.com> Wed, Jun 3, 2026 at 1:11 PM
To: mseif9598@gmail.com

Michael Seifert
President
X | X STRATEGIES
RESULTS YOU CAN BELIEVE IN.

[Quoted text hidden]

---

**Michael Seifert** <michael@xstrats.com> Wed, Jun 3, 2026 at 11:12 PM
To: Lida Mirbaghery <lida@radiustbi.org>

Lida,

Thank you so much for your help, I really appreciate it!

Respectfully,
Michael Seifert
President
X | X STRATEGIES
RESULTS YOU CAN BELIEVE IN.

[Quoted text hidden]