**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:26-cv-81194-EA**

**X Strategies, LLC,**

Plaintiff,

v.

**Derek Utley, Stark Defense Industries Inc., Anna Weisheimer, and Anna Dicenzo Fitness LLC,**

Defendants.
_______________________________________/

**ORDER REQUIRING SERVICE OF MOTION ON DEFENDANTS, AND SCHEDULING HEARING ON MOTION**

This cause comes before the Court on Plaintiff's Sealed Motion for Temporary Restraining Order and Preliminary Injunction. [ECF No. 17].

It is **ORDERED AND ADJUDGED**:

1. Plaintiff X Strategies, LLC shall serve the Motion [ECF No. 17] on the Defendants no later than **12:00 p.m. on Wednesday, November 18, 2026**.
2. Defendants shall have until **12:00 p.m. on Monday, November 23, 2026**, to respond to the Motion [ECF No. 17].
3. The Court will hold a hearing on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction [ECF No. 17] on **Tuesday, November 24, 2026**, at 11:30 a.m. The hearing will be in person in West Palm Beach, Florida.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 17th day of November 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:
**Paul Joseph Punzone**
HOLLAND , KNIGHT LLP
100 N. TAMPA ST., SUITE 4100
TAMPA, FL 33602
8132276527
Email: paul.punzone@hklaw.com

**Bradford M. Cohen**
Bradford Cohen Law
1132 SE 3 Avenue
Fort Lauderdale, FL 33316
954-523-7774
Fax: 954-523-2656
Email: service@floridajusticefirm.com

**Jordan Nathaniel Bittle**
Holland , Knight, LLP
22017 Palms Way
Unit 206
Boca Raton, FL 33433
9415269496
Email: jordan.bittle@hklaw.com

**Matthew S. Sarelson**
Sarelson & Sajdera, PLLC
1601 Forum Place
Ste 202
West Palm Beach, FL 33401
305-773-1952
Email: matt.sarelson@ssxlaw.com

**Steven Neale Gosney**
Steven N. Gosney

1601 Forum Place
Suite 202
West Palm Beach, FL 33401
561-948-4000
Email: steve.gosney@ssxlaw.com

**Anna Dicenzo Fitness LLC.**
7901 4th St
STE 300
ST PETERSBURG, FL 33702
PRO SE