**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

X STRATEGIES, LLC,

Plaintiff,

v. CASE NO. 9:26-cv-81194-EA

DEREK UTLEY,
STARK DEFENSE INDUSTRIES
INC., ANNA WEISHEIMER, and
ANNA DICENZO FITNESS LLC.

Defendants.

_____________________________/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH ORDER REQUIRING SERVICE OF MOTION ON DEFENDANTS, AND SCHEDULING HEARING ON MOTION [ECF NO. 30]**

Plaintiff, X Strategies, LLC ("X Strategies" or "Plaintiff"), hereby gives notice that Plaintiff's counsel served a copy of the Plaintiff's Motion for Ex-Parte Temporary Restraining Order and Preliminary Injunction (the "Motion") [ECF No. 17] to counsel for Defendants, Derek Utley and Stark Defense Industries Inc., before 12:00 p.m. on November 18, 2026 in accordance with the above referenced Court order. Though Defendant, Anna Weisheimer, has not been served with process in this action yet, Plaintiff's counsel served a copy of the Motion to Anna Weisheimer's counsel before 12:00 p.m. on November 18, 2026. Additionally, while Defendant, Anna Dicenzo Fitness LLC ("Dicenzo"), was defaulted by the Clerk of Court on October 27, 2026, *see* ECF No. 15, and is not a subject of the Motion, Plaintiff's counsel mailed a copy of the Motion on November 18, 2026 via overnight delivery to Dicenzo's registered agent located at 7901 4th St., STE 300, St. Petersburg, Florida 33702.

Dated: November 18, 2026.

Respectfully submitted,

*/s/ Paul J. Punzone*

Paul J. Punzone
Florida Bar No. 1003511
Paul.punzone@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Ste 4100
Tampa, FL 33602
(813) 227-8500
(813) 229-0134 (fax)

Jordan N. Bittle
Florida Bar No. 1031464
jordan.bittle@hklaw.com
515 E. Las Olas Blvd., St. 1200
Fort Lauderdale, Florida 33301
Tel : (954) 525-1000