**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

X STRATEGIES, LLC,

Plaintiff,

v. CASE NO. 9:26-cv-81194-EA

DEREK UTLEY,
STARK DEFENSE INDUSTRIES INC., ANNA WEISHEIMER, and ANNA DICENZO FITNESS LLC.

Defendants.

_____________________________/

**PLAINTIFF'S MOTION FOR THE COURT TO HEAR AMENDED MOTION FOR PRELIMINARY INJUNCTION AT NOVEMBER 24, 2026 HEARING**

Plaintiff, X Strategies, LLC ("X Strategies" or the "Company"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 65, Local Rule 7.1, and the Court's broad discretion to manage its docket, hereby moves for an Order directing that the Amended Motion Preliminary Injunction, filed by X Strategies on November 20, 2026 (the "Amended Motion") [ECF No. 33], be heard at the hearing already set for Tuesday, November 24, 2026, at 11:30 a.m. [ECF No. 30] on Plaintiff's Motion for Ex-Parte Temporary Restraining Order and Preliminary Injunction (the "Original Motion") [ECF No. 17]. In support, the Company states as follows:

## PRELIMINARY STATEMENT

After filing the Original Motion with the Court, the Company discovered that Defendant Derek Utley ("Utley") had covertly stolen virtually all of X Strategies' trade secret information and confidential business information, which he is currently using to compete against X Strategies. The Amended Motion incorporates these previously unknown allegations and continues to seek a preliminary injunction against Utley. The Court has set the Original Motion for hearing on Tuesday, November 24, 2026, at 11:30 a.m., and X Strategies respectfully requests the Court hear the Amended Motion at that time.

## ARGUMENT

District courts possess broad discretion to manage their dockets, including scheduling and sequencing of hearings. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997). The Federal Rules of Civil Procedure further direct that they be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." FED. R. CIV. P. 1. As it relates to temporary injunctive relief, Rule 65 contemplates a hearing at the "earliest possible time." FED. R. CIV. P. 65(b)(3).

Setting the Amended Motion for hearing at the same time as the Original Motion on November 24, 2026, serves these principles, including the avoidance of overlapping and duplicative proceedings. The Amended Motion arises from the same set of operative facts as the Original Motion and simply adds allegations against Utley based on facts discovered after X Strategies filed the Original Motion.

Requiring separate hearings on these substantially overlapping motions would result in increased time and expenses for both the Court and the parties in conflict with the directive of Rule 1. Judicial economy militates in favor of a single hearing. Further, requiring a second subsequent hearing on the Amended Motion would result in piecemeal adjudication of the issues and would not be in accord with the Rule 65(b)(3) requirement for a hearing at the "earliest possible time." FED. R. CIV. P. 65(b)(3).

## CONCLUSION

For these reasons, X Strategies respectfully requests the Court enter an Order directing the Amended Motion be heard at the hearing already set for Tuesday, November 24, 2026, at 11:30 a.m. on the Original Motion [ECF No. 30].

## CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), X Strategies certifies that it conferred with counsel for Utley via email at 3:56 PM on November 20, 2026. As of the filing of this Motion, Utley's counsel has not provided a position on the relief sought in this Motion. Due to the circumstances necessitating this Motion and the need for a ruling before November 24, 2026, X Strategies will update the conferral to the extent Utley's counsel takes a position.

Respectfully submitted,

*/s/ Paul Punzone*
Paul J. Punzone
Florida Bar No. 1003511
Paul.punzone@hklaw.com
HOLLAND & KNIGHT LLP

100 N. Tampa Street, Ste 4100
Tampa, FL 33602
(813) 227-8500
(813) 229-0134 (fax)

Jordan N. Bittle
Florida Bar No. 1031464
jordan.bittle@hklaw.com
515 E. Las Olas Blvd., St. 1200
Fort Lauderdale, Florida 33301
Tel : (954) 525-1000