11/22/26, 9:28 PM RE: X Strategies, LLC v. Derek Utley, et al. – Confidential - Matt Sarelson - Outlook

Outlook

**RE: X Strategies, LLC v. Derek Utley, et al. – Confidential**

**From** Matt Sarelson <matt.sarelson@ssxlaw.com>
**Date** Tue 11/10/2026 7:11 PM
**To** Paul.Punzone@hklaw.com <Paul.Punzone@hklaw.com>; Bradford Cohen Law <service@floridajusticefirm.com>; Jordan.Bittle@hklaw.com <Jordan.Bittle@hklaw.com>
**Cc** Bradford Cohen Law <lawronin@aol.com>; Michael McMullen <Michael@floridajusticefirm.com>; Andrew Courtney <andrew@floridajusticefirm.com>; Steve Gosney <steve.gosney@ssxlaw.com>

2 attachments (29 MB)
Emails to David Lisko.pdf; Emails from David Lisko.pdf;

Good evening –

I attempted to speak with you about this earlier today. And I have previously emailed you a letter explaining the nature of our investigation and our belief that Derek Utley was, personally, a longstanding client of Holland & Knight. In response to our original request, you only provided various versions of an April 1, 2026 email. That email includes the following language: “Holland & Knight cannot and will not be adverse to Alex Bruesewitz, The Bruz Corporation, Derek Utley, or Stark Defense Industries Inc.” My clients took Holland & Knight at its word.

In considering our putative motion to disqualify Holland & Knight, my client provided me with emails between him and David Lisko concerning work Mr. Lisko did for him personally. Both emails to David and emails from David are attached. While reviewing today, I concluded that some of them might be privileged with the privilege belonging to X Strategies.

In an abundance of caution, I am forwarding them to you. Once you confirm you have them and they are safely segregated and preserved, I will delete both files from my server and instruct my client to do the same.

We will issue a subpoena or request for production seeking the return of all emails between David Lisko and Derek Utley that concern a personal matter and/or any potential conflict of interest. My client remains firmly convinced that David Lisko (who he holds in high regard) represented him on several personal matters having nothing to do with X Strategies and matters relating to X Strategies, and that David Lisko had indicated on multiple occasions that the firm could not be adverse to him at all and certainly not in connection with anything do with X Strategies. We further ask that privileged communications of a personal nature between

David Lisko and Derek Utley not be shared with X Strategies and/or Mr. Bruesewitz and/or anyone else.

I am available to discuss this matter with you further. We trust you will further investigate our concerns. My clients reserve all rights.

Thank you, Matthew



Matthew Sarelson, Esq.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Matt.sarelson@ssxlaw.com
305-773-1952
www.ssxlaw.com

---

**From:** Paul.Punzone@hklaw.com <Paul.Punzone@hklaw.com>
**Sent:** Tuesday, November 10, 2026 4:42 PM
**To:** Matt Sarelson <matt.sarelson@ssxlaw.com>; Bradford Cohen Law <service@floridajusticefirm.com>; Jordan.Bittle@hklaw.com
**Cc:** Bradford Cohen Law <lawronin@aol.com>; Michael McMullen <Michael@floridajusticefirm.com>; Andrew Courtney <andrew@floridajusticefirm.com>
**Subject:** RE: X Strategies, LLC v. Derek Utley, et al. –

Matt,

We have already provided our response to the matters raised in your letter, and we do not have anything further to add. If there are documents in your client's possession that you believe warrant further conversation, please send them to me so we can have an informed discussion.

Separately, please advise on your side's availability for the Rule 26(f) conference. We will circulate a draft report prior to the meeting. I have some availability Monday after 2:30pm and Tuesday afternoon.

Thanks,

**Paul Punzone** | **Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone +1.813.227.6527 | Fax +1.813.229.0134
paul.punzone@hklaw.com | www.hklaw.com

---

Add to address book | View professional biography

**From:** Matt Sarelson <matt.sarelson@ssxlaw.com>
**Sent:** Tuesday, November 10, 2026 4:17 PM
**To:** Punzone, Paul J (TPA - X36527) <Paul.Punzone@hklaw.com>; Bradford Cohen Law <service@floridajusticefirm.com>; Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>
**Cc:** Bradford Cohen Law <lawronin@aol.com>; Michael McMullen <Michael@floridajusticefirm.com>; Andrew Courtney <andrew@floridajusticefirm.com>
**Subject:** RE: X Strategies, LLC v. Derek Utley, et al. –

*[External email]*
Paul, we would like to discuss documents in my client's possession and the issue of your continued representation of X Strategies.



Matthew Sarelson, Esq.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Matt.sarelson@ssxlaw.com
305-773-1952
www.ssxlaw.com

---

**From:** Paul.Punzone@hklaw.com <Paul.Punzone@hklaw.com>
**Sent:** Tuesday, November 10, 2026 4:14 PM
**To:** Matt Sarelson <matt.sarelson@ssxlaw.com>; Bradford Cohen Law <service@floridajusticefirm.com>; Jordan.Bittle@hklaw.com
**Cc:** Bradford Cohen Law <lawronin@aol.com>; Michael McMullen <Michael@floridajusticefirm.com>; Andrew Courtney <andrew@floridajusticefirm.com>
**Subject:** RE: X Strategies, LLC v. Derek Utley, et al. –

That is exceptionally vague. I will need a better description of what you would like to discuss in order for a call to be a productive use of our time.

Thanks,

**Paul Punzone** | **Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone +1.813.227.6527 | Fax +1.813.229.0134
paul.punzone@hklaw.com | www.hklaw.com

---

Add to address book | View professional biography

---

**From:** Matt Sarelson <matt.sarelson@ssxlaw.com>
**Sent:** Tuesday, November 10, 2026 4:10 PM
**To:** Punzone, Paul J (TPA - X36527) <Paul.Punzone@hklaw.com>; Bradford Cohen Law <service@floridajusticefirm.com>; Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>
**Cc:** Bradford Cohen Law <lawronin@aol.com>; Michael McMullen <Michael@floridajusticefirm.com>; Andrew

Courtney <andrew@floridajusticefirm.com>
**Subject:** RE: X Strategies, LLC v. Derek Utley, et al. –

*[External email]*
Issues concerning documents and H&K's involvement. 430, 5pm?



Matthew Sarelson, Esq.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Matt.sarelson@ssxlaw.com
305-773-1952
www.ssxlaw.com

---

**From:** Paul.Punzone@hklaw.com <Paul.Punzone@hklaw.com>
**Sent:** Tuesday, November 10, 2026 4:08 PM
**To:** Matt Sarelson <matt.sarelson@ssxlaw.com>; Bradford Cohen Law <service@floridajusticefirm.com>; Jordan.Bittle@hklaw.com
**Cc:** Bradford Cohen Law <lawronin@aol.com>; Michael McMullen <Michael@floridajusticefirm.com>; Andrew Courtney <andrew@floridajusticefirm.com>
**Subject:** Re: X Strategies, LLC v. Derek Utley, et al. –

Sure. What time, and what specifically would you like to discuss?

**Paul Punzone** | **Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone 813.227.6527 | Fax 813.229.0134
paul.punzone@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Matt Sarelson <matt.sarelson@ssxlaw.com>
**Sent:** Tuesday, 10 November 2026 16:06:56
**To:** Bradford Cohen Law <service@floridajusticefirm.com>; Punzone, Paul J (TPA - X36527) <Paul.Punzone@hklaw.com>; Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>
**Cc:** Bradford Cohen Law <lawronin@aol.com>; Michael McMullen <Michael@floridajusticefirm.com>; Andrew Courtney <andrew@floridajusticefirm.com>
**Subject:** RE: X Strategies, LLC v. Derek Utley, et al. –

*[External email]*
Good evening –

Would you be available for a short call today regarding the pending lawsuit?

Thank you, Matthew



Matthew Sarelson, Esq.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Matt.sarelson@ssxlaw.com
305-773-1952
www.ssxlaw.com