Outlook

## RE: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

**From** Paul.Punzone@hklaw.com <Paul.Punzone@hklaw.com>
**Date** Tue 10/20/2026 10:28 AM
**To** Matt Sarelson <matt.sarelson@ssxlaw.com>; service@floridajusticefirm.com <service@floridajusticefirm.com>; Jordan.Bittle@hklaw.com <Jordan.Bittle@hklaw.com>; Coral Sotomayor <coral.sotomayor@ssxlaw.com>

thanks

**Paul Punzone** | **Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone +1.813.227.6527 | Fax +1.813.229.0134
paul.punzone@hklaw.com | www.hklaw.com

---

Add to address book | View professional biography

---

**From:** Matt Sarelson <matt.sarelson@ssxlaw.com>
**Sent:** Tuesday, October 20, 2026 10:24 AM
**To:** Punzone, Paul J (TPA - X36527) <Paul.Punzone@hklaw.com>; service@floridajusticefirm.com; Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** RE: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

*[External email]*
Proof of transfer is attached.  This is now an issue for Michael, not us.



Matthew Sarelson, Esq.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Matt.sarelson@ssxlaw.com
305-773-1952
www.ssxlaw.com

---

**From:** Paul.Punzone@hklaw.com <Paul.Punzone@hklaw.com>
**Sent:** Tuesday, October 20, 2026 10:20 AM
**To:** Matt Sarelson <matt.sarelson@ssxlaw.com>; service@floridajusticefirm.com; Jordan.Bittle@hklaw.com; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** Re: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

Matt,

Send us confirmation please. Michael is not receiving these emails.

**Paul Punzone** | **Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone 813.227.6527 | Fax 813.229.0134
paul.punzone@hklaw.com | www.hklaw.com

---

Add to address book | View professional biography

---

**From:** Matt Sarelson <matt.sarelson@ssxlaw.com>
**Sent:** Tuesday, 20 October 2026 10:19:18
**To:** Punzone, Paul J (TPA - X36527) <Paul.Punzone@hklaw.com>; service@floridajusticefirm.com <service@floridajusticefirm.com>; Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** RE: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

*[External email]*
Michael got an email.



Matthew Sarelson, Esq.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Matt.sarelson@ssxlaw.com
305-773-1952
www.ssxlaw.com

---

**From:** Paul.Punzone@hklaw.com <Paul.Punzone@hklaw.com>
**Sent:** Tuesday, October 20, 2026 10:18 AM
**To:** Matt Sarelson <matt.sarelson@ssxlaw.com>; service@floridajusticefirm.com; Jordan.Bittle@hklaw.com; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** Re: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

We do not see this on our end. Please send screenshots showing proof of the transfer so we can confirm.

**Paul Punzone** | **Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone 813.227.6527 | Fax 813.229.0134
paul.punzone@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Matt Sarelson <matt.sarelson@ssxlaw.com>
**Sent:** Tuesday, 20 October 2026 10:16:27
**To:** Punzone, Paul J (TPA - X36527) <Paul.Punzone@hklaw.com>; service@floridajusticefirm.com <service@floridajusticefirm.com>; Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** RE: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

*[External email]*
Paul,

Michael still hasn't accepted the transfer.  Not sure there's anything more for us to do.

Thank you, Matthew



Matthew Sarelson, Esq.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Matt.sarelson@ssxlaw.com
305-773-1952
www.ssxlaw.com

---

**From:** Matt Sarelson
**Sent:** Monday, October 12, 2026 12:07 PM
**To:** 'Paul.Punzone@hklaw.com' <Paul.Punzone@hklaw.com>; service@floridajusticefirm.com; Jordan.Bittle@hklaw.com; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** RE: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

michael@xstrats.com



Matthew Sarelson, Esq.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Matt.sarelson@ssxlaw.com
305-773-1952
www.ssxlaw.com

**From:** Paul.Punzone@hklaw.com <Paul.Punzone@hklaw.com>
**Sent:** Monday, October 12, 2026 12:06 PM
**To:** Matt Sarelson <matt.sarelson@ssxlaw.com>; service@floridajusticefirm.com; Jordan.Bittle@hklaw.com; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** Re: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

What email is he using?

**Paul Punzone** | **Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone 813.227.6527 | Fax 813.229.0134
paul.punzone@hklaw.com | www.hklaw.com

---

Add to address book | View professional biography

---

**From:** Matt Sarelson <matt.sarelson@ssxlaw.com>
**Sent:** Saturday, 10 October 2026 06:31:29
**To:** Punzone, Paul J (TPA - X36527) <Paul.Punzone@hklaw.com>; service@floridajusticefirm.com <service@floridajusticefirm.com>; Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** Re: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

*[External email]*
I'm told Derek reauthorized the transfer yesterday to Michael but he still has accepted it. He should have an email for it.

Get Outlook for Mac

---

**From:** Matt Sarelson <matt.sarelson@ssxlaw.com>
**Date:** Wednesday, October 7, 2026 at 3:38 PM
**To:** Paul.Punzone@hklaw.com <Paul.Punzone@hklaw.com>; service@floridajusticefirm.com <service@floridajusticefirm.com>; Jordan.Bittle@hklaw.com <Jordan.Bittle@hklaw.com>; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** Re: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

The domain xstratagies.com was transferred by Derek to Michael on August 25. Michael has to "accept" the transfer. Derek and Michael have a text exchange on August 25 about this. It appears its just a matter of Michael accepting the transfer.



Matthew Sarelson, Esq.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Matt.sarelson@ssxlaw.com
305-773-1952
www.ssxlaw.com

**From:** Paul.Punzone@hklaw.com <Paul.Punzone@hklaw.com>
**Sent:** Wednesday, October 7, 2026 3:30 PM
**To:** Matt Sarelson <matt.sarelson@ssxlaw.com>; service@floridajusticefirm.com <service@floridajusticefirm.com>; Jordan.Bittle@hklaw.com <Jordan.Bittle@hklaw.com>; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** Re: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

Thanks, Matt. Let me know. It seems like an easy fix and one less issue for us to litigate.

**Paul Punzone** | **Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone 813.227.6527 | Fax 813.229.0134
paul.punzone@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Matt Sarelson <matt.sarelson@ssxlaw.com>
**Sent:** Wednesday, 07 October 2026 15:29:38
**To:** Punzone, Paul J (TPA - X36527) <Paul.Punzone@hklaw.com>; service@floridajusticefirm.com <service@floridajusticefirm.com>; Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** Re: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

*[External email]*
Thank you.  I'l ask Derek, news to me.



Matthew Sarelson, Esq.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Matt.sarelson@ssxlaw.com
305-773-1952
www.ssxlaw.com

**From:** Paul.Punzone@hklaw.com <Paul.Punzone@hklaw.com>
**Sent:** Wednesday, October 7, 2026 3:28 PM
**To:** Matt Sarelson <matt.sarelson@ssxlaw.com>; service@floridajusticefirm.com <service@floridajusticefirm.com>; Jordan.Bittle@hklaw.com <Jordan.Bittle@hklaw.com>; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** RE: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

Good afternoon Matt,

We will not oppose your request for a 2 week extension.

Separately, my clients recently discovered that they are unable to access their company webpages. At this point, it appears that Mr. Utley either retained control of the websites, removed my clients' employees as authorized users, or failed to properly transfer administrative control back to the company upon his departure. We only became aware of this issue today and are currently investigating the specific cause. In the meantime, is your client willing to cooperate to resolve this issue by ensuring that website control is properly transferred back to my client? If not, we will have no choice but to seek relief from the Court, and this issue will be the subject of a forthcoming motion.

Thank you,

**Paul Punzone** | **Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone +1.813.227.6527 | Fax +1.813.229.0134
paul.punzone@hklaw.com | www.hklaw.com

---

Add to address book | View professional biography

---

**From:** Matt Sarelson <matt.sarelson@ssxlaw.com>
**Sent:** Wednesday, October 7, 2026 2:35 PM
**To:** service@floridajusticefirm.com; Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>; Punzone, Paul J (TPA - X36527) <Paul.Punzone@hklaw.com>; Coral Sotomayor <coral.sotomayor@ssxlaw.com>
**Subject:** Fw: Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

*[External email]*
Good afternoon -

Our response to the Complaint is due October 12. I intend to move for a two-extension of time to respond. Please let us know if the Plaintiff has any objection to our request.

Thank you, Matthew



Matthew Sarelson, Esq.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Matt.sarelson@ssxlaw.com
305-773-1952
www.ssxlaw.com

---

**From:** cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
**Sent:** Thursday, October 1, 2026 1:44 PM
**To:** flsd_cmecf_notice@flsd.uscourts.gov <flsd_cmecf_notice@flsd.uscourts.gov>
**Subject:** Activity in Case 9:26-cv-81194-EA X Strategies, LLC. v. Utley et, al.

You don't often get email from cmecfautosender@flsd.uscourts.gov. Learn why this is important

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**
**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Sarelson, Matthew on 10/1/2026 at 1:44 PM EDT and filed on 10/1/2026

| | |
|---|---|
| **Case Name:** | X Strategies, LLC. v. Utley et, al. |
| **Case Number:** | 9:26-cv-81194-EA |
| **Filer:** | Stark Defense Industries INC.,<br>Derek Utley |
| **Document Number:** | 6 |

**Docket Text:**
**NOTICE of Attorney Appearance by Matthew S. Sarelson on behalf of Stark Defense Industries INC.,, Derek Utley. Attorney Matthew S. Sarelson added to party Stark Defense Industries INC.,(pty:dft), Attorney Matthew S. Sarelson added to party Derek Utley(pty:dft). (Sarelson, Matthew)**

**9:26-cv-81194-EA Notice has been electronically mailed to:**

Bradford M. Cohen service@floridajusticefirm.com

Jordan Nathaniel Bittle jordan.bittle@hklaw.com

Matthew S. Sarelson matt.sarelson@ssxlaw.com, csotomayor@dhillonlaw.com, msarelson@sarelson.com

Paul Joseph Punzone paul.punzone@hklaw.com

**9:26-cv-81194-EA Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=10/1/2026] [FileNumber=27207254-

0] [522672d62ec9cbddab248d872f63716d6cceeb21c46b144d10e7c4232a09a8337a
175a93b1c314e58ed382360f34241a5c3052d0698c1ca3690da74348e2ca57]]

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.