**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:26-cv-81194-EA**

**X Strategies, LLC,**

Plaintiff,

v.

**Derek Utley, Stark Defense Industries Inc., Anna Weisheimer, and Anna Dicenzo Fitness LLC,**

Defendants.
_____________________________________/

**OMNIBUS ORDER**

This cause comes before the Court upon several pending motions. It is **ORDERED AND ADJUDGED**:

1. In view of Plaintiff's Amended Motion for Preliminary Injunction [ECF No. 33], the Court treats as **MOOT**:
   a. Plaintiff's Initial Motion for Ex-Parte Temporary Restraining Order and Preliminary Injunction [ECF No. 17],
   b. Defendants' Cross-Motion for Sanctions [ECF No. 38, at 18–19], and
   c. Plaintiff's Motion for the Court to Hear Amended Motion for Preliminary Injunction at November 24, 2026 Hearing [ECF No. 34].
2. Accordingly, the hearing scheduled for Tuesday, November 24, 2026, at 11:30 a.m. is **CANCELED**.
3. Defendants' deadline to respond to the Plaintiff's Amended Motion for Preliminary Injunction [ECF No. 33] is **Friday, December 4, 2026**.

4. The Court will hold an evidentiary hearing on Plaintiff's Amended Motion for Preliminary Injunction [ECF No. 33] on **Friday, December 11, 2026, at 9:30 a.m.** The hearing will be in person in West Palm Beach, Florida.
5. Plaintiff's Corrected Motion for Extension of Time to Respond to Defendants Derek Utley and Stark Defense Industries, Inc.'s Verified Motion to Disqualify Holland & Knight LLP [ECF No. 43] is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's deadline to respond to Defendants Derek Utley and Stark Defense Industries, Inc.'s Verified Motion to Disqualify Holland & Knight LLP [ECF No. 23] is extended until **5:00 p.m. on Wednesday, December 2, 2026**.
6. Plaintiff's deadline to respond to Defendants Derek Utley and Stark Defense Industries, Inc.'s Expedited Motion to Compel Production of Emails Between Derek Utley and His Former Attorney David Lisko [ECF No. 44] is **5:00 p.m. on Wednesday, December 2, 2026**.
7. The Court will hold an evidentiary hearing on **Friday, December 4, 2026, at 9:30 a.m.** in person in West Palm Beach, Florida on:
    a. Defendants Derek Utley and Stark Defense Industries, Inc.'s Verified Motion to Disqualify Holland & Knight LLP [ECF No. 23],
    b. Defendants Derek Utley and Stark Defense Industries, Inc.'s Expedited Motion to Compel Production of Emails Between Derek Utley and His Former Attorney David Lisko [ECF No. 44], and
    c. Plaintiff's Motion to Strike Preliminary Statement and Factual Background from Defendants' Answer and Original Answer [ECF No. 22].

8. The parties shall confer with the chambers of Magistrate Judge Shaniek Mills Maynard to schedule an in-person settlement conference to be held **no later than December 10, 2026**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 23rd day of November 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:
**Paul Joseph Punzone**
HOLLAND , KNIGHT LLP
100 N. TAMPA ST., SUITE 4100
TAMPA, FL 33602
8132276527
Email: paul.punzone@hklaw.com

**Bradford M. Cohen**
Bradford Cohen Law
1132 SE 3 Avenue
Fort Lauderdale, FL 33316
954-523-7774
Fax: 954-523-2656
Email: service@floridajusticefirm.com

**Jordan Nathaniel Bittle**
Holland , Knight, LLP
22017 Palms Way
Unit 206
Boca Raton, FL 33433
9415269496
Email: jordan.bittle@hklaw.com

**Matthew S. Sarelson**
Sarelson & Sajdera, PLLC
1601 Forum Place
Ste 202

West Palm Beach, FL 33401
305-773-1952
Email: matt.sarelson@ssxlaw.com

**Steven Neale Gosney**
Steven N. Gosney
Sarelson & Sajdera, PLLC
1601 Forum Place
Suite 202
West Palm Beach, FL 33401
561-948-4000
Email: steve.gosney@ssxlaw.com

**Jose Javier Teurbe-Tolon**
Xander Law Group, P.A.
One NE 2 Avenue
Suite 200
Miami, FL 33132
305-767-2001
Email: jose@xanderlaw.com

**Anna Dicenzo Fitness LLC.**
7901 4th St
STE 300
ST PETERSBURG, FL 33702